■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUTHER RIDLEY, Appellant. [679 NYS2d 571] —Judgment, Supreme Court, New York County (Ira Beal, J.), rendered November 26, 1996, convicting defendant, after a jury trial, of criminal sale of a controlled substance in the third degree, and sentencing him, as a second felony offender, to a term of 4½ to 9 years, unanimously affirmed.

The court properly refused to charge the jury on the defense of agency. We find that no reasonable view of the evidence, including defendant's own testimony, that could support an inference that defendant was acting as an extension of the buyer (*see, People v Herring*, 83 NY2d 780). Concur—Milonas, J. P., Ellerin, Wallach and Tom, JJ.

■ In the Matter of the CITY OF NEW YORK, Relative to a New Detention Facility, Respondent. CHINA PLAZA COMPANY, Appellant. [679 NYS2d 571] —Order and judgment (one paper), Supreme Court, New York County (Stanley Parness, J.), entered February 9, 1998, awarding claimant condemnee additional amounts for litigation costs pursuant to EDPL 701, unanimously affirmed, without costs.

We agree with the IAS Court that a significant portion of claimant's efforts and costs were expended to develop and present valuation theories to support a claim for compensation substantially in excess of what the court awarded, and see no reason to disturb its exercise of discretion in awarding additional amounts substantially less than what claimant was asking for (*see, Hakes v State of New York*, 81 NY2d 392, 397). Concur—Milonas, J. P., Ellerin, Wallach and Andrias, JJ.